| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| --- | --- |
| COUNTY OF MECKLENBURG | SUPERIOR COURT DIVISION |
| | 20 CVS 16082 |

IRA JO HUSSEY

    Plaintiff,

v.

STEWART-HAAS RACING, LLC

    Defendant.

**NOTICE OF REMOVAL TO FEDERAL COURT**

PLEASE TAKE NOTICE that Defendant Stewart-Haas Racing, LLC, by and through counsel, has this day filed a Notice of Removal to Federal Court with the United States District Court for the Western District of North Carolina, for the removal of this action from Mecklenburg County Superior Court, North Carolina, to the United States District Court for the Western District of North Carolina. A copy of the Notice of Removal to Federal Court, electronically filed with the Federal Court today, is attached hereto as Exhibit 1.

This the 28th day of January, 2021.

CRANFILL SUMNER & HARTZOG, LLP

BY: _____
Samuel H. Poole, Jr. N.C. Bar #13659
Virginia M. Wooten, State Bar #48180
*Attorneys for Defendant*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
shp@cshlaw.com
vwooten@cshlaw.com

**EXHIBIT B**

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the attached *NOTICE OF REMOVAL TO FEDERAL COURT* on all of the parties to this cause by:

☐ Hand delivering a copy hereof to the attorney for each said party addressed as follows:

☐ Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to the attorney for each said party as follows:

☐ Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to the attorney for each said party as follows:

☒ Telecopying a copy hereof to the attorney for each said party as follows:

> Joshua R. Van Kampen
> Nicole K. Haynes
> Michael G. Morrison, II
> Van Kampen Law, PC
> 315 East Worthington Avenue
> Charlotte, North Carolina 28203
> Phone: 704-247-3245
> Fax: 704-749-2638
> josh@vankampenlaw.com
> Nicole@vankampenlaw.com
> Michael@vankampenlaw.com
> *Attorneys for Plaintiff*

This the 28th day of January, 2021.

> CRANFILL SUMNER & HARTZOG, LLP
>
> BY: _____
> Samuel H. Poole, Jr. N.C. Bar #13659
> Virginia M. Wooten, State Bar #48180
> *Attorneys for Defendant*
> Post Office Box 30787
> Charlotte, North Carolina 28230
> Telephone: (704) 332-8300
> Facsimile: (704) 332-9994
> shp@cshlaw.com
> vwooten@cshlaw.com